ZYGMUNT STROKOSKI, Appellant, v. HARRY A. BULLOCK, Respondent. ZYGMUNT STROKOSKI, Appellant, v. CENTRAL N. Y. COACH LINES INC., Respondent.—

Present — Goldman, P. J., Marsh, Moule, Bastow and Henry, JJ.